UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
_____Norfolk_____Division



NORFOLK DIVISION
FILED JUN 10 2021
CLERK
U.S. BANKRUPTCY COURT

| | |
|---|---|
| In re: Christopher Antonio White<br>Nakisha Theresa White<br>Debtor(s) | Case No.  07-71971-SCS<br>Chapter    13 |

Plaintiff(s)

v.

Adversary Proceeding No.

Defendant(s)

## CERTIFICATION UNDER LOCAL BANKRUPTCY RULE 2090-1

Document Title:    Christopher Antonio White and Nakisha Theresa White
Date Document Filed: 05/27/21
Docket Entry No.    64

I declare under penalty of perjury that (Check one box):

☒ No attorney has prepared or assisted in the preparation of this document.

☐ The following attorney prepared or assisted in the preparation of this document.

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)

Christopher A. White                                    Nakisha T. White
Name of Pro Se Party (Print or Type)    Name of Pro Se Party (Print or Type)

*Christopher A. White*                                *Nakisha T. White*
Signature of Pro Se Party                           Signature of Pro Se Party

Executed on: 06-04-21 _____ (Date)

[2090edva ver. 09/17]

No Received Stamp

C.H



Christopher A. White
Mahunet
74 Old Pond Ct
Hampton, VA 23666

U.S. Bankruptcy Court
Attention: Clerk of Court
600 Granby Street, Room 400
Norfolk, VA 23510-1915

U.S. MARSHALS INSPECTED