UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
___Norfolk___ Division

**In re** Christopher Antonio White  
Nakisha Theresa White

**Case No.** 07-71971-SCS

**Debtor(s)**    **Chapter** 13

### ORDER FOR RETURN OF UNCLAIMED FUNDS

A Motion for Return of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the United States Trustee and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

**ORDERED** that the unclaimed funds in the amount of $ 8,739.70, currently on deposit with the Treasury of the United States, be returned to:

Christopher Antonio White  
Nakisha Theresa White  
74 Old Pond Ct.  
Hampton, VA  23666

Let the Clerk give notice of entry of this order to the debtor(s), attorney for debtor(s), movant, attorney for movant, if applicable, trustee and United States Trustee.

Date: Jun 17 2021

/s/ Stephen C St-John  
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:
  Jun 17 2021

pc: Financial Administrator

[ounclmfd ver. 03/06]